MINUTES REGARDING
RULE 16 SETTLEMENT CONFERENCE

**CASE NAME:**   *Grimando v. United States of America et al.*

**CASE NUMBER**:   Civ. No. 21-108 KWR/KK

A Rule 16 Settlement Conference was conducted before United States Magistrate Judge Kirtan Khalsa beginning at 9:30 A.M. on Monday, May 16, 2022.

**APPEARANCES:**

**For Plaintiff**:          Robert A. Berlin

**With Client**:          Joseph Grimando

**For Defendant**:     Kimberly N Bell

**RESULTS OF SETTLEMENT CONFERENCE**:   Case settled subject to final agency approval. Closing documents are due by July 5, 2022.

**TIME SPENT IN SETTLEMENT CONFERENCE**:   1 hour and 54 minutes