IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH GRIMANDO,

    Plaintiff,

vs.                               No. 21-CV-00108 KWR/KK

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Ruth F. Keegan, Assistant United States Attorney, will substitute as counsel for the Defendant in place and instead of Kimberly Bell, Assistant United States Attorney, in the above-captioned case.

Respectfully Submitted,

ALEXANDER M. M. UBALLEZ
United States Attorney

*/s/ Ruth F. Keegan 8/5/22*
RUTH F. KEEGAN
Assistant United States Attorney
District of New Mexico
P.O. Box 607
Albuquerque, New Mexico 87103
505-346-7274
Ruth.F.Deegan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Ruth F. Keegan*
RUTH F. KEEGAN
Assistant United States Attorney