IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH GRIMANDO,

    Plaintiff,

vs.                                    No. 21-CV-00108 KWR/KK

UNITED STATES OF AMERICA,

    Defendant.

**MOTION FOR EXTENSION OF TIME
TO FILE CLOSING DOCUMENTS**

    Defendant United States of America moves the Court for a 32-day extension of time for the parties to file the closing documents in this matter or until September 6, 2022. The Court originally ordered the parties to submit closing documents by no later than July 5, 2022, and granted an extension until August 5, 2022. Docs. 29, 31. Due to change in Assistant United States Attorney and in staff, the United States inadvertently failed to submit the claim to the Judgment Fund until the date of this filing. Defendant needs the additional time for the Judgment Fund to process the claim and pay the claim.

The United States sought the position of Plaintiff regarding this motion but did not hear back.

Respectfully submitted,

ALEXANDER M. M. UBALLEZ
United States Attorney

*/s/ Ruth F. Keegan 8/5/22*
RUTH F. KEEGAN
Assistant United States Attorney
District of New Mexico
P.O. Box 607
Albuquerque, New Mexico 87103
505-346-7274
Ruth.F.Keegan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2022, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Ruth F. Keegan*
RUTH F. KEEGAN
Assistant United States Attorney