IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH GRIMANDO,

    Plaintiff,

vs.                                    No. 21-CV-00108 KWR/KK

UNITED STATES OF AMERICA,

    Defendant.

### THIRD MOTION FOR EXTENSION OF TIME TO FILE CLOSING DOCUMENTS

Defendant United States of America moves the Court for a 7-day extension of time for the parties to file the closing documents in this matter from September 6, 2022, to September 13, 2022. The Court granted a previous extension to September 6, 2022, and originally ordered the parties to submit closing documents by no later than July 5, 2022. Defendant needs the additional time for the Agency to process and pay the claim.

The United States sought Plaintiff's position on this motion and Plaintiff agrees to the extension.

                Respectfully submitted,

                ALEXANDER M. M. UBALLEZ
                United States Attorney

                */s/ Ruth F. Keegan 9/6/22*
                RUTH F. KEEGAN
                Assistant United States Attorney
                District of New Mexico
                P.O. Box 607
                Albuquerque, New Mexico 87103
                505-346-7274
                Ruth.F.Keegan@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2022, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                          */s/ Ruth F. Keegan 9/6/22*
                                          RUTH F. KEEGAN
                                          Assistant United States Attorney