IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH GRIMANDO,

      Plaintiff,

vs.                                   No. 21-CV-00108 JHR/KK

UNITED STATES OF AMERICA,

      Defendant.

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(ii)

COMES NOW the Plaintiff Joseph Grimando and hereby voluntarily dismisses with prejudice his cause of action against Defendant United States of America in pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).

Pursuant to their agreement, parties shall bear their own attorneys fees and costs.

                                           By:  /s/ Robert M. Berlin, Attorney at Law
                                                    Robert M. Berlin
                                                    Duhigg & Berlin, P.A.
                                                    Attorneys for Plaintiff
                                                    P. O. Box 527
                                                    Albuquerque, NM  87103-0527
                                                    Telephone: (505) 243-3751

                                                    /s/ Ruth Keegan, Approved 9-12-2022
                                                    Ruth Keegan
                                                    Civil Chief
                                                    P. O. Box 607
                                                    Albuquerque, NM  87103
                                                    Telephone: (505) 224-1470
                                                    ruth.f.keegan@usdoj.gov